GENERAL MOTORS JAVA HANDEL MAATSCHAPPIJ V. ERIE RAILROAD COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Townley, JJ.

PHILIP WIENER and BENJAMIN ROTH V. FRIEDA BLOOM, Also Known as FRIEDA MOSS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MARION F. BACKUS, as Trustee in Bankruptcy of the Estate of JOHN P. PARSONS, Bankrupt, v. JOHN P. PARSONS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.

SAMLI BUILDING CORPORATION V. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and CHEMICAL BANK AND TRUST COMPANY and WILLIAM L. ABRAMS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL V. AGATINE CITELLI, Also Known as AGATINE MORELLI, and JOSEPH MORELLI. (JAY EMANUEL.)— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

ELIZABETH KUHN, as Administratrix, etc., of Estate of FRANCIS KUHN, Deceased, v. P. J. CARLIN CONSTRUCTION COMPANY and ALBEE GODFREY WHALE CREEK COMPANY, INC., Impleaded with Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

JOHN GARAN v. MCKESSON & ROBBINS, INC.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of DOROTHY LIPMAN to Compel MURRAY M. BRODSKY, an Attorney-at-Law of the State of New York, to Pay over Certain Monies and to Turn over Records, Papers and Documents. DOROTHY LIPMAN, MURRAY M. BRODSKY.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ELIZABETH C. REISINGER and Others v. THE PULLMAN COMPANY.— Motions for reargument denied. Motion for resettlement granted. [See *ante*, p. 171.] Present — Martin, P. J., McAvoy, O'Malley and Townley, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, in Rehabilitation, by GEORGE S. VAN SCHAICK, Superintendent of Insurance, v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 567.] Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, in Rehabilitation, by GEORGE S. VAN SCHAICK, Superintendent of Insurance, v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted; questions certified. [See *ante*, p. 567.] Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of THE STANDARD GAS LIGHT COMPANY OF CITY OF NEW YORK V. FRANK J. TAYLOR, as Comptroller of the City of New York, and Another. — Motion for leave to appeal to the Court of Appeals granted.